TAVERN FRUIT JUICE CO., INC., Respondent, v. LONG ISLAND RAIL ROAD COMPANY, Appellant, et al., Defendants.

Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.